**STDM**
V. ANDREW CASS
Nevada Bar No. 005246
cass@lbbslaw.com

LEWIS BRISBOIS BISGAARD
& SMITH LLP
6385 South Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel: 702-893-3383
Fax: 702-893-3789

Attorneys for Defendant
*State Farm Mutual Automobile Insurance Company ("State Farm")*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RICHARD STORLIE, individually, and as Guardian Ad Litem of KATIE STORLIE, a Minor;<br><br>Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY; DOES I-X, and ROE CORPORATIONS I-X, inclusive.,<br><br>Defendant. | 2:09-cv-02205-GMN-PAL |

### STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED as follows:

1. Richard Storlie's claims are hereby dismissed in their entirety, with prejudice.

2. Katie Storlie's claim for Breach of Contract, that is, her alleged entitlement to uninsured motorist benefits, is hereby dismissed without prejudice.

3. Katie Storlie's claims for other relief, including causes of action for Breach of the Implied Covenant of Good Faith and Fair Dealing, Violation of Nevada Insurance Trade Practices, Refusal to Pay Insurance Benefits, and Punitive Damages, are hereby dismissed with prejudice.

4815-3667-1240.1                                -1-

4. Each party shall bear its own fees and costs.

DATED this ___ day of January, 2011

STOVALL & ASSOCIATES, P.C.

By: _____
Leslie Mark Stovall, Esq.
Nevada Bar No. 2566
3216 W. Charleston Blvd. Ste. B
Las Vegas, Nevada 89102
Attorney for Plaintiffs

DATED this ___ day of January, 2011.

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
V. Andrew Cass
Nevada Bar No. 005246
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorney for Defendant State Farm

4815-3667-1240.1                                -2-

IT IS SO ORDERED this 31st day of January, 2011.

_____
Gloria M. Navarro
United States District Judge

SUBMITTED BY:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
V. Andrew Cass
Nevada Bar No. 005246
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorney for Defendant State Farm

LEWIS BRISBOIS BISGAARD & SMITH LLP

4815-3667-1240.1

-3-